**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 298 EAL 2017
                                        :
            Respondent        :
                                          :    Petition for Allowance of Appeal from
                                          :    the Order of the Superior Court
             v.                         :
                                          :
                                          :
JAMES FALLIGAN,                       :
                                          :
            Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.